

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00265-CR

_____

## EX PARTE CARLOS UGOLO VASQUEZ

_____

**From the County Court at Law No. 2
McLennan County, Texas
Trial Court No. 20120002HC2**

---

## MEMORANDUM  OPINION

---

Carlos Ugolo Vasquez appealed the denial of his post-conviction writ of habeas corpus.  *See* TEX. CODE CRIM. PROC. ANN. art. 11.072 (West 2005).  By letter dated July 25, 2012, the Clerk of this Court notified Vasquez that no certification of defendant's right to appeal was included in the clerk's record.  Additionally, Vasquez was warned that unless a certification was provided to the Court within seven days of the date of the letter, the proceeding would be dismissed.  *See* TEX. R. APP. P. 25.2(d).  More than seven days have passed and no certification has been provided to the Court.

This proceeding is dismissed.  *Id.*


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 9, 2012
[CR25]